**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN GONZALEZ and LORI SANCHEZ, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HUB INTERNATIONAL MIDWEST LIMITED, a Corporation; HUB INTERNATIONAL LIMITED, a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendant. | CASE No. **5:20-cv-02600-PA (ASx)**<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: December 20, 2021<br>Hearing Time: 1:30 p.m.<br><br>District Judge: Hon. Percy Anderson<br>First Street Courthouse<br>Courtroom 9A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on December 20, 2021, at 1:30 p.m. in the United States District Court for the Central District of California, located at the First Street Courthouse, 350 West First Street, Los Angeles, CA 90012, in Courtroom 9A before the Honorable Percy Anderson, Plaintiffs Fabian Gonzalez and Lori Sanchez ("Plaintiffs") will move for preliminary approval of the proposed class and PAGA settlement with Defendant HUB International Limited ("Defendant"). This motion is unopposed as based on the Joint Stipulation of Class Action and PAGA Settlement and Release ("Agreement") between the Parties filed concurrently with this motion.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Kyle Nordrehaug, the argument of counsel and upon such other material contained in the file and pleadings of this action.

Respectfully submitted,

Dated: November 17, 2021         BLUMENTHAL NORDREHAUG BHOWMIK
                                 DE BLOUW

                       By:    */s/ Kyle Nordrehaug*
                              Norman B. Blumenthal
                              Kyle R. Nordrehaug
                              Attorneys for Plaintiffs