JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 20-2600 PA (ASx) | Date | December 17, 2021 |
|---|---|---|---|
| Title | Fabian Gonzalez, et al. v. HUB International Limited | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendants:

None   None

**Proceedings:**   IN CHAMBERS - COURT ORDER

Pursuant to the parties' Joint Status Report (Docket No. 65), in which the parties state that they "stipulate to the remand of the action to state court," the Court hereby remands this action to San Bernardino Superior Court, Case No. CIVDS1900463. The Motion for Preliminary Approval of Settlement (Docket No. 61) is denied as moot.

IT IS SO ORDERED.